Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
www.seattlech13.com

| Western District of Washington, Seattle | **Clerk Memo** *April 08, 2020* | Phone: (206) 624-5124 Fax: (206) 624-5282 |
|---|---|---|

| **IN RE:** | Chapter 13 Case # 18-11514 |
|---|---|
| Gregory Haselman 32537 42nd Place SW Federal Way, WA 98023 | Deb 1 SSN: XXX-XX-3735 |

**Regarding: Report of Unclaimed Funds**

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court pursuant to 11 U.S.C. § 347(a) and Federal Rules of Bankruptcy Procedure 3010 and 3011.

Refund to Debtor
Address Above

Check Number: 3439517

**Amount:** $969.24

Sincerely,

Jason Wilson-Aguilar, Trustee
Dated: 04/08/2020

Case # 18-11514 / 0