United States Bankruptcy Court for the Western District of Washington

Case Number: # 18-11514

Debtor 1  Gregory _____ Haselman
          First Name   Middle Name   Last Name

Debtor 2  _____ _____ _____
          First Name   Middle Name   Last Name

---

Local Forms W.D. Wash. Bankr. Form 12 (12/1/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 969, 24 |
|---|---|
| Claimant's Name: | Gregory Haselman |
| Claimant's Current Mailing Address, Telephone Number: | 32537 42nd PL SW<br>Federal Way Wa 98023<br>253-433-8031<br>253-433-8031 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

20-37

5

## 4. Notice to United States Attorney

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:
Office of the United States Attorney
Western District of Washington
700 Stewart Street
Suite 5220
Seattle, WA 98101-1271

## 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 5-23-20

Signature of Applicant: *[signed]*

Printed Name of Applicant: Gregory Haselman

Address: 32537 42nd PL SW
Federal Way WA, 98023

Telephone: 253-433-8031

Email: starrider.gh@gmail.com

## 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____

## 6. Notarization

STATE OF Washington
COUNTY OF King

This Application for Unclaimed Funds, dated May 23rd, 2020 was subscribed and sworn to before me this 23rd day of May, 2020 by Gregory Haselman who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public *[signed]*
My commission expires: 12/09/2023

*[Notary seal: COURTNEY GRIMES, NOTARY PUBLIC, STATE OF WASHINGTON, COMM. NO. 182181, MY COMM. EXPIRES 12-09-2023]*

## 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____
My commission expires: _____

Application for Payment of Unclaimed Funds
Local Forms W.D. Wash. Bankr. Form 12
Effective 12/1/2019

Page 2

Case 18-11514-CMA    Doc 52    Filed 07/23/20    Ent. 07/23/20 13:30:22    Pg. 2 of 2